IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 25-21080-GLT |
| JOHN W. PUTZ, JR., | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| _____ | ) |
| | ) |
| JOHN W. PUTZ, JR., | ) |
| | ) |
| Debtor/Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| LVNV FUNDING, LLC, | ) |
| | ) |
| Respondent. | ) |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO CLAIM 6

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Claim filed on July 8, 2025, Doc. No. 16, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon. Pursuant to the Hearing Notice filed on July 8, 2025, Doc. No. 17, Responses to the Objection were to be filed and served no later than July 28, 2025.

It is hereby respectfully requested that the Proposed Order filed on July 8, 2025, Doc. No. 16-1, be entered by the Court.

Dated: July 30, 2025                   /s/ Natasha C. Alejandro
                                                                             NATASHA C. ALEJANDRO, ESQUIRE
                                                                             Pa. Id. No. 316860
                                                                             Attorney for Movant/Debtor

                                                                             BONONI & COMPANY PC
                                                                             417 Frick Building
                                                                             437 Grant Street
                                                                             Pittsburgh, PA 15219
                                                                             (412) 832-0606
                                                                             nalejandro@bononilaw.com