IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 25-21080-GLT |
| JOHN W. PUTZ, JR.. ) | |
| ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |

**DOCUMENTARY PROOF OF CHAPTER 13 PLAN PAYMENT AND DECLARATION RE: TRUSTEE'S CERTIFICATE OF DEFAULT**

AND NOW comes the Debtor, John W. Putz, Jr., and files the within Documentary Proof of Chapter 13 Plan Payment and Declaration re: Trustee's Certificate of Default consistent with the Court Order dated January 16, 2026, Doc. No. 36, averring as follows:

1. The Debtor's current mailing address is: 260 Shagbark Drive, Cheswick, PA 15024.

2. Debtor failed to submit Plan payments after his wife's diagnosis with an aggressive form of cancer. The immediate, intense treatment seriously affected his ability to focus on anything else and also had a financial component.

3. Debtor sent the Chapter 13 Trustee a direct payment of $3,046.00 via TFS on February 5, 2026. A copy of the TFS bill pay screen showing the February 5, 2026 payment and the scheduled payment for March 29, 2026 is attached as Exhibit "A."

4. Since the payment was just sent in yesterday, it is not yet reflected on the Chapter 13 trustee's website.

WHEREFORE, the Debtor respectfully requests that the Request for Dismissal be denied.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 6, 2026 | /s/ Natasha C. Alejandro |

NATASHA C. ALEJANDRO, ESQUIRE
Pa. Id. No. 316860
Counsel for the Debtor

BONONI & COMPANY, P.C.
417 Frick Building
437 Grant Street
Pittsburgh, PA 15219
(412) 832-0606
nalejandro@bononilaw.com

Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: February 6, 2026        Signature:    /s/ John W. Putz, Jr.
                                              JOHN W. PUTZ, JR.
                                              Movant/Debtor

# Exhibit A



⚠ **Please Note**

- Your upcoming payment scheduled for today will begin processing soon! Generally, these payments will reflect as processing in the afternoon. Don't worry, as long as your payment is listed, it will start!

| Date | Payee | Type | Amount | Tech Fee | Total |
|---|---|---|---|---|---|
| March 29, 2026 | Ronda J. Winnecour | Trustee Payment | $3,235.00 | $7.99 | $3,242.99 |
| February 05, 2026 | Ronda J. Winnecour | Trustee Payment | $3,046.00 | $13.99 | $3,059.99 |