**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: John W. Putz Jr.

      Debtor(s)

MIDFIRST BANK, its successors and/or assigns

      Movant

    v.

John W. Putz Jr.

      Respondent

    and

Ronda J. Winnecour, Trustee

      Additional Respondent

CHAPTER 13

NO. 25-21080 GLT

11 U.S.C. Section 362

Related to Docket No. 32 & 37

**ORDER OF COURT**

  And on this _ 30th Day of March    _, 2026, it is hereby ORDERED that the Motion for Relief from Stay, which was filed with the Court on or about December 31, 2025, as Doc No. 32, is hereby WITHDRAWN.

      By the Court,

      _____
      Gregory L. Taddonio, Chief Judge
      United States Bankruptcy Court