**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN W. PUTZ, JR.

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:25-21080 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/29/2025 and confirmed on 07/23/2025 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 6,596.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,591.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 941.78 | |
| Trustee Fee | 395.76 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,337.54 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| MIDFIRST BANK<br>Acct: 5324 | 0.00 | 5,253.46 | 0.00 | 5,253.46 |
| MIDFIRST BANK<br>Acct: 5324 | 40,642.72 | 0.00 | 0.00 | 0.00 |
| DEER LAKES SD (WEST DEER) (RE)<br>Acct: 8001 | 2,588.26 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8001 | 2,906.78 | 0.00 | 0.00 | 0.00 |
| DEER LAKES SD (WEST DEER) (RE)<br>Acct: 8001 | 2,441.94 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF HUD**<br>Acct: 1521 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 5,253.46 |
| **Priority** | | | | |
| NATASHA C ALEJANDRO ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN W. PUTZ, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| JOHN W. PUTZ, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATASHA C ALEJANDRO ESQ** | 4,436.00 | 941.78 | 0.00 | 0.00 |
| Acct: | | | | |
| DEER LAKES SD (WEST DEER TWP) (PEF | 66.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8001 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8001 | | | | |
| MIDFIRST BANK | 1,750.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5324 | | | | |
| * * * N O N E * * * | | | | |
| Unsecured | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 728.69 | 0.00 | 0.00 | 0.00 |
| Acct: 7942 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,184.12 | 0.00 | 0.00 | 0.00 |
| Acct: 9680 | | | | |
| MISSION LANE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8001 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8001 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6090 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0595 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS 5,253.46

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,816.00 |
| SECURED | 48,579.70 |
| UNSECURED | 1.912.81 |

Date: 10/14/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com